**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Knocking Inc.

        Plaintiff(s),

vs.

Candi Carter, Cistus Media Inc., Courtney Spencer, and Ana Pitcher

        Defendant(s).

Case #2:25-cv-01047-JCM-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

__Jonathan A. Herstoff__, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of __Haug Partners LLP__
(firm name)

with offices at __745 Fifth Avenue, Floor 10__,
(street address)

__New York__, __New York__, __10151__,
(city) (state) (zip code)

__212-588-0800__, __jherstoff@haugpartners.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by __Candi Carter, Cistus Media Inc., Ana Pitcher__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>January 20, 2011</u> , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>New York</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the United States | 6/9/2014 | N/A |
| U.S. Court of Appeals for the Second Circuit | 9/9/2014 | N/A |
| U.S. Court of Appeals for the Seventh Circuit | 12/1/2017 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | 4/2/2019 | N/A |
| U.S. Court of Appeals for the Federal Circuit | 6/5/2013 | N/A |
| U.S. District Court Southern District of New York | 6/25/2012 | N/A |
| U.S. District Court Eastern District of New York | 6/26/2012 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

New York State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____New York____ )
                          )
COUNTY OF ____New York___ )

____Jonathan A. Herstoff____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__23__ day of __June__, __2025__.

_____
Notary Public or Clerk of Court

SALLY J. COHEN
Notary Public, State of New York
No. 01CO0022566
Qualified in Suffolk County
Commission Expires March 21, 2026

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____John P. Aldrich____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

7866 West Sahara Avenue
_____,
(street address)

Las Vegas, Nevada, 89117
(city)    (state)    (zip code)

(702) 853-5490, jaldrich@johnaldrichlawfirm.com
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __John P. Aldrich__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Signed by:
**CANDI CARTER**
CE40486E0EB340D...
(party's signature)

CANDI CARTER    CEO
(type or print party name, title)

*Anastasia Pitcher*
15EEF4A014ED41B...
(party's signature)

Anastasia Pitcher  COO
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/ J.P. Aldrich_
Designated Resident Nevada Counsel's signature

__6877__   __jaldrich@johnaldrichlawfirm.com__
Bar number      Email address

APPROVED:

Dated: June 27, 2025

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Appellate Division of the Supreme Court
## of the State of New York
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jonathan Alan Herstoff

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 20, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 23, 2025.

Robert D Mayberger
Clerk of the Court

CertID-00237784