1  BETHANY L. RABE, ESQ.
   Nevada Bar No. 11691
2  **GREENBERG TRAURIG, LLP**
   10845 Griffith Peak Drive, Suite 600
3  Las Vegas, Nevada 89135
   Telephone:   702.792.3773
4  Facsimile:   702.792.9002
5  Email:       rabeb@gtlaw.com

6  *Counsel for Plaintiff Knocking Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>MOTION TO COMPEL THIRD PARTY FAVORITE WORLD LLC, D.B.A. SHAPERMINT TO COMPLY WITH DEPOSITION AND DOCUMENT PRODUCTION SUBPOENAS<br><br>KNOCKING INC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CANDI CARTER, CISTUS MEDIA INC., COURTNEY SPENCER, and ANA PITCHER,<br><br>　　　　　Defendants. | CASE NO. 2:25-cv-01047-JCM-EJY<br><br>**MOTION TO REMOVE ATTORNEY**<br><br>**[ECF No. 50]**<br><br>Underlying lawsuit pending in the United States District Court for the Southern District of New York<br><br>Civil Action No.: 1:24-cv-09020-VEC |

COMES NOW, Plaintiff, KNOCKING, INC. ("Knocking"), by and through its counsel Bethany L. Rabe, Esq., of the law firm of Greenberg Traurig, LLP, hereby requests that Ajoe Abraham, Esq. be removed as an attorney of record in this proceeding. Mr. Abraham represents Knocking in the underlying New York litigation, but has not appeared and does not intend to appear in the Nevada litigation.

Mr. Abraham's removal will not result in any delay of proceeding, as the undersigned and Thomas H. Herndon, Jr. (admitted pro hac vice) will continue to represent Knocking in the

1

Nevada litigation. As such, Knocking requests that Mr. Abraham be removed as counsel of record in the Nevada litigation.

Knocking likewise requests that this Court order that Mr. Abraham need not file a pro hac vice application, since he will not be appearing on behalf of Knocking in Nevada. *See* ECF No. 50.

DATED this 22nd day of August, 2025.

                                      **GREENBERG TRAURIG, LLP**

                                      */s/ Bethany L. Rabe*
                                      BETHANY L. RABE, ESQ.
                                      Nevada Bar No. 11691
                                      10845 Griffith Peak Drive, Suite 600
                                      Las Vegas, Nevada 89135

                                      *Attorney for Plaintiff*

I consent to the above removal as counsel of record from the Nevada litigation.

                                      */s/ Ajoe Abraham*
                                      Ajoe Abraham

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 22, 2025